**LET THIS BE FILED**

Signature _[signature]_

Date 2/22/24

# UNITED STATES DISTRICT COURT
## FOR THE
## _____ DISTRICT OF _____

UNITED STATES OF AMERICA

v.

Shelly Stallings
Write your full name here.

Case No. 21-CR-178-APM-4
(write the number of your criminal case)

MOTION FOR SENTENCE REDUCTION UNDER
18 U.S.C. § 3582(c)(1)(A)
(Compassionate Release)
(*Pro Se* Prisoner)

---

### NOTICE

The public can access electronic court files. Federal Rule of Criminal Procedure 49.1 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

---

Does this motion include a request that any documents attached to this motion be filed under seal? (Documents filed under seal are not available to the public.)

☐ Yes

☒ No

If you answered yes, please list the documents in section IV of this form.

## I.   SENTENCE INFORMATION

Date of sentencing: **04-07-2023**

Term of imprisonment imposed: **24 months**

Approximate time served to date: **6 months**

Projected release date: **2-16-2025**

Length of Term of Supervised Release: **36 months**

Have you filed an appeal in your case?

☐ Yes

☒ No

Are you subject to an order of deportation or an ICE detainer?

☐ Yes

☒ No

## II.   EXHAUSTION OF ADMINISTRATIVE REMEDIES[1]

18 U.S.C. § 3582(c)(1)(A) allows you to file this motion (1) after you have fully exhausted all administrative rights to appeal a failure of the Bureau of Prisons to bring a motion on your behalf, or (2) 30 days after the warden of your facility received your request that the warden make a motion on your behalf, whichever is earlier.

Please include copies of any written correspondence to and from the Bureau of Prisons related to your motion, including your written request to the Warden and records of any denial from the Bureau of Prisons.

---

[1] The requirements for this compassionate release motion being filed with the court differ from the requirements that you would use to submit a compassionate release request to the Bureau of Prisons. This form should only be used for a compassionate release motion made to the court. If you are submitting a compassionate release request to the Bureau of Prisons, please review and follow the Bureau of Prisons program statement.

Have you personally submitted your request for compassionate release to the Warden of the institution where you are incarcerated?

☒ Yes, I submitted a request for compassionate release to the warden on (date) 10-2-23.

☐ No, I did not submit a request for compassionate release to the warden.

If no, explain why not:

_____

_____

Was your request denied by the Warden?

☐ Yes, my request was denied by the warden on (date): _____.

☒ No. I did not receive a response yet.

### III. GROUNDS FOR RELEASE

Please use the checkboxes below to state the grounds for your request for compassionate release. Please select all grounds that apply to you. You may attach additional sheets if necessary to further describe the reasons supporting your motion. You may also attach any relevant exhibits. Exhibits may include medical records if your request is based on a medical condition, or a statement from a family member or sponsor.

A. Are you 70 years old or older?

☐ Yes.

☒ No.

If you answered no, go to Section B below. You do not need to fill out Section A.

If you answered yes, you may be eligible for release under 18 U.S.C. § 3582(c)(1)(A)(ii) if you meet two additional criteria. Please answer the following questions so the Court can determine if you are eligible for release under this section of the statute.

Have you served 30 years or more of imprisonment pursuant to a sentence imposed under 18 U.S.C. § 3559(c) for the offense or offenses for which you are imprisoned?

☐ Yes.

☒ No.

Has the Director of the Bureau of Prisons determined that you are not a danger to the safety of any other person or the community?

☐ Yes.

☒ No.

B. Do you believe there are other extraordinary and compelling reasons for your release?

☒ Yes.

☐ No.

If you answered "Yes," please check all boxes that apply so the Court can determine whether you are eligible for release under 18 U.S.C. § 3582(c)(1)(A)(i).

- ☐ I have been diagnosed with a terminal illness.

- ☒ I have a serious physical or medical condition; a serious functional or cognitive impairment; or deteriorating physical or mental health because of the aging process that substantially diminishes my ability to provide self-care within the environment of a correctional facility, and I am not expected to recover from this condition.

- ☐ I am 65 years old or older and I am experiencing a serious deterioration in physical or mental health because of the aging process.

- ☐ The caregiver of my minor child or children has died or become incapacitated and I am the only available caregiver for my child or children.

- ☐ My spouse or registered partner has become incapacitated and I am the only available caregiver for my spouse or registered partner.

- ☒ There are other extraordinary and compelling reasons for my release.

Please explain below the basis for your request. If there is additional information regarding any of these issues that you would like the Court to consider but which is confidential, you may include that information on a separate page, attach the page to this motion, and, in section IV below, request that that attachment be sealed.

I was diagnosed with stage II breast cancer treatment in June of 2020. Since entering remission it was recommended by Owensboro Oncology that I receive regular mammograms every six months and oncology follow-up appointments every three months as well as daily medication (Tomoxifan). However, due to the severe staffing shortage affecting BOP and especially SFF Hazelton in particular, I have not received the necessary medical care that I require since being incarcerated. The current wait time to be seen by a medical doctor is estimated to be at least twelve months. Without proper medical care I face a very high likelihood of recurrence as the cancer metastisizing and becoming terminal. I am requested compassionate release so that I can obtain prompt medical care which I will require long term per Owensboro Oncology.

## IV. ATTACHMENTS AND REQUEST TO SEAL

Please list any documents you are attaching to this motion. A proposed release plan is included as an attachment. You are encouraged but not required to complete the proposed release plan. A cover page for the submission of medical records and additional medical information is also included as an attachment to this motion. Again, you are not required to provide medical records and additional medical information. For each document you are attaching to this motion, state whether you request that it be filed under seal because it includes confidential information.

| Document | Attached? | | Request to seal? | |
|---|---|---|---|---|
| Proposed Release Plan | ☒ Yes | ☐ No | ☐ Yes | ☒ No |
| Additional medical information | ☒ Yes | ☐ No | ☐ Yes | ☒ No |
| See PSI | ☒ Yes | | ☐ Yes | ☐ No |
| | ☐ Yes | | ☐ Yes | ☐ No |

## V.   REQUEST FOR APPOINTMENT OF COUNSEL

I do not have an attorney and I request an attorney be appointed to help me.

☒ Yes

☐ No

## VI.   MOVANT'S DECLARATION AND SIGNATURE

For the reasons stated in this motion, I move the court for a reduction in sentence (compassionate release) under 18 U.S.C. § 3582(c)(1)(A). I declare under penalty of perjury that the facts stated in this motion are true and correct.

12-3-23
Date

Shelly Stallings
Signature

Shelly Stallings
Name

86525-509
Bureau of Prisons Register #

SFF Hazelton
Bureau of Prisons Facility

PO Box 3000 Bruceton Mills WV 26525
Institution's Address

ATTACHMENT TO MOTION FOR COMPASSIONATE RELEASE

## MEDICAL RECORDS AND ADDITIONAL MEDICAL INFORMATION

To the extent you have medical records or additional medical information that support your motion for compassionate release, please attach those records or that information to this document.

## SIGNATURE

I declare under penalty of perjury that the facts stated in this attachment are true and correct.

12-3-23
Date

*Shelly Stallings*
Signature

Shelly Stallings
Name

86525-509
Bureau of Prisons Register #

SFF Hazelton
Bureau of Prisons Facility

PO Box 3000 Bruceton Mills, WV 26525
Institution's Address