UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | |
| v. | ) ) | Case No. 21-cr-178-4 (APM) |
| **SHELLY STALLINGS, et al.,** | ) ) ) | |
| **Defendants.** | ) ) | |

## ORDER

Defendant Shelly Stallings, moving pro se, seeks a reduction in sentence based on "extraordinary and compelling circumstances," namely, the lack of medical care needed to monitor the recurrence of cancer. Def.'s Mot. for Sentence Reduction Under 18 U.S.C. § 3582(c)(1)(A), ECF No. 252. Her motion is denied.

Although the court is not bound by the factors set forth by the United States Sentencing Commission at U.S.S.G. § 1B1.13, when, as here, the defendant has filed a motion for compassionate release, the court may consider those factors as a guide to exercise its discretion. *See United States v. Jenkins*, 50 F.4th 1185, 1196 (D.C. Cir. 2022). Defendant is not presently experiencing the type of medical condition for which U.S.S.G. § 1B1.13 contemplates early release. The court does not doubt that Defendant requires follow-up cancer treatment, but she has not asserted that her current physical condition is such that immediate release is warranted. The court, however, will take steps to inquire whether Defendant is unreasonably being denied medical treatment.[1]

---

[1] Defendant also filed with the court an "Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)." ECF No. 328. Defendant has not, however, filed a *motion* for sentence reduction under § 3582(c)(2), so the court does not consider that basis for relief.

Dated: May 20, 2024

_____
Amit P. Mehta
United States District Court Judge